```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:10-cv-02092-JAM-DAD** |
| Plaintiff, | STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL DECEMBER 3, 2010 FOR DEFENDANTS SFC RIVERVIEW RANCH INVESTORS, L.P.; SFC PHEASANT RUN INVESTORS, L.P.; KEB PLEASANTON, LLC TO RESPOND TO COMPLAINT |
| vs. | |
| SFC Riverview Ranch Investors, L.P. et al, | |
| Defendants | |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, SFC Riverview Ranch Investors, L.P.; SFC Pheasant Run Investors, L.P.; KEB Pleasanton, LLC, by and through their respective attorneys of record, Scott N. Johnson; Craig D. McMahon, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. No extension of time has been previously obtained.

2. Defendants SFC Riverview Ranch Investors, L.P.; SFC Pheasant Run Investors, L.P.; KEB Pleasanton, LLC are granted an extension until December 3, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants SFC Riverview Ranch Investors, L.P.; SFC Pheasant Run Investors, L.P.; KEB Pleasanton, LLC response will be due no later than December 3, 2010.

IT IS SO STIPULATED effective as of November 3, 2010

Dated:  November __, 2010          /s/ Craig D. McMahon____
                                    Craig D. McMahon,
                                    Attorney for Defendants
                                    SFC Riverview Ranch
                                    Investors, L.P.; SFC
                                    Pheasant Run Investors,
                                    L.P.; KEB Pleasanton,
                                    LLC

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

```
Dated:   November 3, 2010              /s/Scott N. Johnson____
                                       Scott N. Johnson,
                                       Attorney for Plaintiff
```

**IT IS SO ORDERED:** that SFC Riverview Ranch Investors, L.P.; SFC Pheasant Run Investors, L.P.; KEB Pleasanton, LLC shall have until December 3, 2010 to respond to complaint.

```
Dated: November 4, 2010                /s/ John A. Mendez_____
                                       United States District Judge
```

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com