SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff,<br><br>     vs.<br><br>SFC Riverview Ranch Investors,<br><br>L.P., et al,<br><br>         Defendants | ) Case No.**2:10-cv-02092-JAM-DAD**<br>)<br>) **PLAINTIFF'S REQUEST FOR**<br>) **CONTINUANCE OF DATE TO FILE**<br>) **JOINT STATUS CONFERENCE**<br>) **STATEMENT and** *order*<br>)<br>) Joint Status Conference<br>) Statement: November 29, 2010<br>) |

     Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the date to file a joint status conference statement from November 29, 2010 to December 29, 2010.  Pursuant to Local Rule 16, Defendants are to be served within 120 days of filing the complaint. This complaint was filed on August 5, 2010; the 120 day time period for service would end on December 5, 2010. Defendants, SFC Riverview Ranch Investors, L.P. and SFC

PLAINTIFF'S REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE

STATEMENT and *proposed order*

CIV: S-10-cv-02092-JAM-DAD - 1

PDF created with pdfFactory trial version www.pdffactory.com

Pheasant Run Investors, L.P., were served on September 28, 2010.  Pursuant to Local Rule 16, the Parties are to confer as required by Fed. R. Civ. P. 26(f) and submit a joint status conference statement within 60 days after service on any party.  The joint status conference statement would be due November 29, 2010.  Plaintiff filed a Stipulation and Proposed Order on November 4, 2010 granting Defendants an extension of time to respond to the complaint until December 3, 2010.  A continuance of the date for filing a joint status conference statement from November 29, 2010 to December 29, 2010 would give the Defendants time to file a response to Plaintiff's complaint and for Plaintiff and Defendants to engage in settlement discussions.

Dated:  November 24, 2010         /s/Scott N. Johnson _____

                                  Scott N. Johnson,

                                  Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the filing date of the joint status conference statement continued to December 29, 2010.

Date:11/29/2010
                                  /s/ John A. Mendez_____
                                  Judge of the United States District Court

PLAINTIFF'S REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE

STATEMENT and *proposed order*

CIV: S-10-cv-02092-JAM-DAD - 2

PDF created with pdfFactory trial version www.pdffactory.com